# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFF OSTROFF, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, DENNIS A. MUILENBURG, and GREGORY D. SMITH,<br><br>                      Defendants. | Case No. 18-cv-07853<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

WHEREAS, no defendant in the above-captioned action, *Ostroff v. The Boeing Company et al.*, 18-cv-07853, brought before the United States District Court for the Northern District of Illinois, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Jeff Ostroff hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: December 21, 2018                      Respectfully submitted,

                                                          **POMERANTZ LLP**

                                                          */s/ Jeremy A. Lieberman*
                                                          Jeremy A. Lieberman
                                                          J. Alexander Hood II
                                                          Jonathan Lindenfeld
                                                          600 Third Avenue, 20th Floor
                                                          New York, New York 10016
                                                          Telephone: (212) 661-1100
                                                          Facsimile: (212) 661-8665

Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: jlindenfeld@pomlaw.com

***Attorneys for Plaintiff***